# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**RICKY ASHLEY**      **PLAINTIFF**
**ADC #99718**

**V.**     **4:19CV00506 SWW**

**MIKE ROBINSON, District Court**     **DEFENDANTS**
**Judge, Saline County,** *et al.*

## ORDER

The Court has reviewed the Proposed Findings and Recommendations submitted by United States Magistrate Judge Jerome T. Kearney. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that

1. Plaintiff Ricky Ashley's Motion to Proceed <u>In Forma Pauperis</u> (Doc. No. 1) is DENIED.

2. Should Plaintiff wish to continue this case, he is required to submit the statutory filing fee of $400.00 to the Clerk, noting the above case style and number, within ten (10) days of the date of this Order, together with a motion to reopen the case. Upon receipt of the motion and full payment, the case will be reopened.

3. Plaintiff's Complaint is DISMISSED without prejudice.

IT IS SO ORDERED this 12th day of September, 2019.

                                             <u>/s/Susan Webber Wright</u>
                                             UNITED STATES DISTRICT JUDGE